1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          SOUTHERN DISTRICT OF CALIFORNIA
10

11   JULIE JOY,                          Case No.:  15cv2735 BTM(NLS)
12                        Plaintiff,      **ORDER REMANDING CASE**
13     v.
14   THE MORTGAGE LAW FIRM,
     PLC, et al.
15
16                        Defendants.
17

18         On February 14, 2017, the Court issued an order to show cause ("OSC")
19   requiring Defendants to demonstrate why this mortgage relief action initiated in
20   state court should not be remanded for lack of subject matter jurisdiction.  (ECF
21   No. 24.)  Defendants were given until February 21, 2017, to respond to the OSC.
22   See id.  As of the date of this order, only Seterus, Inc. and Federal National
23   Mortgage Association have filed a response, which simply indicates they do not
24   object to remand.  (ECF No. 25.)
25         The removing defendant bears the burden of establishing that removal is
26   proper, and the Court resolves all ambiguity in favor of remand to state court.
27   Matheson v. Progressive Specialty Ins. Co., 319 F.3d 1089, 1090 (9th Cir. 2003).
28   For the reasons stated in the OSC, and based on the lack of substantive response

to the OSC, Defendants have failed to meet this burden.  The Court therefore finds it lacks subject matter jurisdiction over this action.

Therefore, the Court REMANDS this action to the Superior Court of San Diego, County of San Diego.

**IT IS SO ORDERED:**

Dated:  March 3, 2017

Barry Ted Moskowitz, Chief Judge
United States District Court

15cv2735 BTM(NLS)